**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BILDRICK JACKSON (L0372)**                                                 **PETITIONER**

**v.**                                                                             **No. 4:07CV89-P-S**

**CHRISTOPHER EPPS, ET AL.**                                            **RESPONDENTS**

## **FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DENIED.**

**SO ORDERED,** this the 20th day of November, 2008.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE